FREDERICA STUDEMAN, Appellant, *v.* JOHN GEORGE BECKER, Respondent.

*Studeman* v. *Becker,* 90 App. Div. 612, appeal dismissed.
(Submitted May 2, 1904; decided May 10, 1904.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 28, 1904, which affirmed an order of Special Term denying a motion to amend a judgment.

The motion was made upon the ground that the appeal was unauthorized.

*Elton D. Warner* for motion.

*Thomas H. Larkins* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.